# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24-mj-338  **SEALED**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WALTER ADONAI RIVERA CHINCHILLA | **ORDER SEALING COMPLAINT AND RELATED DOCUMENTS** |

UPON MOTION of the United States of America for an order directing that the Complaint, Affidavit, any other related documents, the Motion to Seal, and this Order be sealed to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Complaint, Affidavit, any other related documents, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to timothy.sielaff@usdoj.gov).

SO ORDERED this 29th day of October 2024.

_W. Carleton Metcalf_
W. Carleton Metcalf
United States Magistrate Judge