FILED
Charlotte
Oct 31 2024
U.S. District Court
Western District of N.C.

RECEIVED
UNITED STATES MARSHAL
8:48 am, Oct 30 2024
WESTERN NORTH CAROLINA
CHARLOTTE

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>WALTER ADONAI RIVERA CHINCHILLA<br>*Defendant* | )<br>)<br>) Case No. 3:24-mj-338<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* WALTER ADONAI RIVERA CHINCHILLA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §922(a)(1)(A) – Engaging in the Business of Firearms without a License

Date: 10/29/2024
3:30 PM

*Issuing officer's signature*

W. Carleton Metcalf
United States Magistrate Judge

City and state: Asheville, North Carolina

Honorable W. Carleton Metcalf, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/29/24, and the person was arrested on *(date)* 10/30/24
at *(city and state)* Charlotte, NC.

Date: 10/31/24

*Arresting officer's signature*

Caitlin McGourty, SA
*Printed name and title*